No. 77–5114.  OWENS *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 77–5117.  HOOD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5119.  NAILS *v.* LOUISIANA STATE PENITENTIARY. C. A. 5th Cir.  Certiorari denied.

No. 77–5121.  BRIGHTWELL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5122.  HAYES *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–5123.  NOLEN *v.* OWENS, U. S. DISTRICT JUDGE. C. A. 5th Cir.  Certiorari denied.

No. 77–5126.  TAYLOR *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 77–5127.  BARTLETT *v.* O'DELL ET AL.  C. A. 6th Cir. Certiorari denied.

No. 77–5129.  HUDSON *v.* ATTORNEY GENERAL OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 77–5130.  REESE *v.* SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 77–5131.  QUARELS *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 77–5132.  GRIPPE *v.* FRANK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–5135.  BRADLEY *v.* KOEHLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.